UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Thomas E. Perez, Secretary of Labor, § | | |
| United States Department of Labor, § | | |
| § | | |
| Plaintiff, § | | CIVIL ACTION NO. |
| § | | |
| v. § | | 5:16-cv-961 |
| § | | |
| Martin Marietta Materials, § | | |
| § | | |
| Defendant. § | | |

## UNOPPOSED MOTION TO WITHDRAW
## AS COUNSEL FOR DEFENDANT

John Adams, counsel for Defendant Martin Marietta Materials, hereby moves to withdraw as Defendant's counsel of record and respectfully shows the Court as follows:

1. Mr. Adams seeks to withdraw from this action because he is imminently leaving the firm Carrington, Coleman, Sloman & Blumenthal, L.L.P. Defendant's lead counsel, Mike Birrer of Carrington, Coleman, Sloman & Blumenthal, LLP, will continue to serve as counsel for Defendant.

2. Opposing counsel is unopposed to this withdrawal, which is not sought for purposes of prejudice or delay.

WHEREFORE, Defendant's counsel John Adams requests that the Court enter the Order submitted contemporaneously hereto granting his withdrawal from this action.

Respectfully submitted,

/s/  Mike Birrer
**Mike Birrer**
  State Bar No. 00783662
  mbirrer@ccsb.com
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone:  (214) 855-3000
Facsimile:  (214) 855-1333

***Attorneys for Defendant***

## CERTIFICATE OF CONFERENCE

Counsel for Defendant conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff indicated that Plaintiff does not oppose this Motion.

/s/  John Adams

## CERTIFICATE OF SERVICE

On August 4, 2017, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. Service on all attorneys of record who are Filing Users will be automatically accomplished through notice of electronic filing.

/s/  Mike Birrer